UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
DOCKET NO. 5:14-MJ-1145-JG-1

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Joshua L. Riggsbee** | ) | |
| | ) | |

On July 10, 2014, Joshua L. Riggsbee appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Level 5 DWI and Speeding in Excess of 15 MPH Above Fixed Limits in violation of 18 U.S.C. § 13, assimilating N.C.G.S. §§ 20-138.1 and 20-141(j1), was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on April 29, 2015, the court finds as a fact that Joshua L. Riggsbee, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
2. Failure to follow the instructions of the probation officer.
3. Failure to pay a monetary obligation.
4. Failure to perform community service.
5. Failure to complete a substance abuse assessment.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 45 days (with credit for time served on and after April 27, 2015).

**IS FURTHER ORDERED** that the balance of the financial imposition originally imposed ($15 Special Assessment and $300 Fine) be due in full immediately.

**IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 29th day of April, 2015,

James E. Gates
U.S. Magistrate Judge